UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Appellee, ) | |
| ) | Case No. 13-4465 |
| vs. ) | |
| ) | |
| MICHAEL SCOTT GUMULA, ) | |
| Appellant, ) | |

**DEFENDANT-APPELLANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE BRIEF AND JOINT APPENDIX**

COMES NOW the appellant, Michael Scott Gumula, by and through the undersigned counsel, and does move this Court for an Order enlarging the time for filing the brief and Joint Appendix in this matter and in support thereof does show the following:

1. That a briefing Order was filed in this matter on September 6, 2013 extending the time for until setting a deadline of October 11, 2013 for filing the brief and Joint Appendix in this matter.

2. Counsel has been required to submit substantial preparation time to several cases which are pending for trial including *State of North Carolina v. Benjamin Chapman, United States v. Locklear, and State v. Chad Anderson.*

3.  Counsel believes that an additional fourteen (7) days would provide him with sufficient additional time to properly prepare the brief and joint appendix in this matter for filing.

4.  AUSA Amy Ray has indicated she does not object to this Motion.

WHEREFORE, the appellant herein prays this Court that an Order issue extending the time for filing the brief and Joint Appendix in this matter for an additional fourteen (14) days.

Respectfully submitted this the 11th day of October, 2013.

> DEVEREUX & BANZHOFF, PLLC
> The Jackson Building
> 22 South Pack Square, Suite 1100
> Asheville, North Carolina 28801
> (828) 285-9455

by:  s/Andrew B. Banzhoff
Andrew B. Banzhoff
Attorney for Defendant
N.C. Bar # 26432
abanzhoff@devereuxlaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this the 11th day of October, 2013, served the foregoing document upon counsel for the opposing party in this matter by either placing same in a properly addressed, pre-postage paid envelope and

depositing it in the party's office, leaving same with a responsible employee therein or via the ECF filing system addressed as follows:

amy.ray@usdoj.gov

<u>s/ Andrew B. Banzhoff</u>
Andrew B. Banzhoff
